01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,           ) | |
| )  | |
| Plaintiff,        ) | CASE NO. C13-1257-RSM |
| )  | |
| v.                    ) | |
| )  | REPORT AND RECOMMENDATION |
| COUNTRYWIDE HOME LOANS, ) | |
| )  | |
| Defendant.        ) | |
| _____ ) | |

Plaintiff Charles L. Bobo, proceeding *pro se*, submitted an application to proceed *in forma pauperis* (IFP) and a proposed complaint to this Court for review. (Dkt. 1.) Plaintiff brings his claims against Countrywide Home Loans, and appears to challenge events including a foreclosure, eviction, and arrest for trespassing occurring sometime in the year 2000. (Dkt. 1-1.)

Under 28 U.S.C. § 1915(e), the district court must dismiss a case "at any time" it determines a complaint is frivolous or fails to state a claim on which relief may be granted. §

REPORT &
RECOMMENDATION
PAGE -1

1915(e)(2)(B). Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners. *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

A review of the Court's filing system reveals that plaintiff has filed over thirty different actions in this Court. The Court dismissed a number of those cases – including at least three cases raising similar claims against the same defendant named here – upon finding that plaintiff failed to state a claim upon which relief could be granted, that the filing was frivolous, that the Court lacked jurisdiction, and/or for failure to prosecute. *See*, *e.g.*, C13-0119-MJP, C12-1108-RAJ, C10-1547-RSM. *See also* C13-0639-RSM (Dkt. 5) (IFP status revoked given identical filings).

As in prior cases, plaintiff here fails to set forth facts sufficient to state a cognizable claim against the defendant, fails to set forth any basis for jurisdiction in this Court, and submits a complaint that appears frivolous on its face. Accordingly, the Court recommends that plaintiff's IFP application be STRICKEN and this matter DISMISSED with prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 18th day of July, 2013.

/s/MARY ALICE THEILER
Mary Alice Theiler
United States Magistrate Judge

REPORT &
RECOMMENDATION
PAGE -2