UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES L. BOBO, | ) | |
| | ) | CASE NO. C13-1257-RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING *IN FORMA* |
| | ) | *PAUPERIS* APPLICATION AND |
| COUNTRYWIDE HOME LOANS, | ) | DISMISSING CASE |
| | ) | |
| Defendant. | ) | |
| ─────────────────────────── | ) | |
| | ) | |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), his complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's IFP application is STRICKEN and this case is DISMISSED, with prejudice; and

(3)   The Clerk shall send a copy of this Order to plaintiff.

/ / /

01     DATED this 9th day of August 2013.

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -2