01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  CHARLES L. BOBO,                    )
                                        )   CASE NO. C13-1257-RSM
10         Plaintiff,                   )
                                        )
11         v.                           )   ORDER STRIKING *IN FORMA*
                                        )   *PAUPERIS* APPLICATION AND
12  COUNTRYWIDE HOME LOANS,             )   DISMISSING CASE
                                        )
13         Defendant.                   )
    _____ )
14                                      )

15       The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP),

16  his complaint, the Report and Recommendation of Mary Alice Theiler, United States

17  Magistrate Judge, and the remaining record, does hereby find and Order:

18       (1)   The Court adopts the Report and Recommendation;

19       (2)   Plaintiff's IFP application is STRICKEN and this case is DISMISSED, with

20             prejudice; and

21       (3)   The Clerk shall send a copy of this Order to plaintiff.

22  / / /

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -1

01       DATED this 9th day of August 2013.

02

03

04                                    _____
                                       RICARDO S. MARTINEZ
05                                     UNITED STATES DISTRICT JUDGE

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -2